Orlando TURCIOS, aka Orlando Arauz, Orlando Salcedo, Petitioner,

v.

Eric H. HOLDER JR., Attorney General, Respondent.

No. 05–72258.

United States Court of Appeals, Ninth Circuit.

June 10, 2010.

Christopher John Stender, Esquire, Immigration Practice Group a Professional Corporation, San Francisco, CA, for Petitioner.

Charles Canter, Trial, Marion Guyton, Esquire, Trial, Allen Warren Hausman, Esquire, Senior Litigation Counsel, Alison Drucker, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before EUGENE E. SILER, JR.,* ANDREW J. KLEINFELD and MILAN D. SMITH, JR., Circuit Judges.

**ORDER**

The opinion filed on September 29, 2009, and appearing at 582 F.3d 1075 (9th Cir. 2009), is withdrawn. A new opinion will be filed at a later date.

The petition for rehearing en banc is denied as moot.

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

Guillermo IRIGOYEN–BRIONES, aka Jose Vega–Ramirez, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 07–71806.

United States Court of Appeals, Ninth Circuit.

June 10, 2010.

Charles E. Nichol, Law Offices of Charles E. Nichol, San Francisco, CA, for Petitioner.

Charles Canter, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Luis E. Perez, Senior Litigation Counsel, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before EUGENE E. SILER, JR.,* ANDREW J. KLEINFELD and MILAN D. SMITH, JR., Circuit Judges.

**ORDER**

The opinion filed on September 29, 2009, and appearing at 582 F.3d 1062 (9th Cir. 2009), is withdrawn. A new opinion will be filed at a later date.

The petition for rehearing and petition for rehearing en banc are denied as moot.

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.